**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2016-0019, <u>Richard B. Ireland, Jr. v. City of Portsmouth</u>, the court on June 9, 2016, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Richard B. Ireland, Jr., appeals the order of the Superior Court (<u>Delker</u>, J.) denying his motion for summary judgment and granting the motion for summary judgment of the defendant, City of Portsmouth, on his complaint to recover for personal injuries caused by a June 2, 2011 dog bite to his hand. He argues that the trial court erred in construing RSA 466:21 (2004) (repealed 2011) to limit recoverable damages to those resulting from injury to domestic animals.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**